UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| KATHY KOCH | ) | CASE NO. 08 B 23506 |
| DEBTOR(S) | ) | |
| | ) | JUDGE JACQUELINE P. COX |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: United States Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, Illinois 60604

   On: **March 31, 2009**              Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | | |
   |---|---|---|
   | Receipts | $ | 10,001.60 |
   | Disbursements | $ | 0 |
   | Net Cash Available for Distribution | | $10,001.60 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Allan J. DeMars, trustee | $ 0 | $1,750.16 | $ 8.04 |
   | Allan J. DeMars, atty for trustee | $ 0 | $ 750.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | | $ | $ | $ |

   NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0           must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be        %.

   Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $66,048.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 11.34527%.

Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Chase Bank USA | $ 10,883.29 | $ 1,234.74 |
| 2 | Capital One Bank (USA)NA | 12,741.23 | 1,445.53 |
| 3 | American Express Centurion Bank | 11,322.95 | 1,284.62 |
| 4 | First National Bank of Omaha | 5,921.08 | 671.76 |
| 5 | FIA Card Services, N.A., as successor in interest to Bank of America and MBNA America Bank | 25,180.11 | 2,856.75 |
|  |  | $ 66,048.66 | $ 7,493.40 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing either because there is no equity in said property or said property has been claimed as exempt: checking account: $2,300.00; household goods: $1,500.00; books, cd's, videos: $300.00; clothing: $1,000.00; costume jewelry: $300.00; 2005 Chrysler Town and Country: $7,000.00.

Dated:  **February 27, 2009**                                    For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Allan J. DeMars
Address: 100 W. Monroe - Suite 910
Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Feb 27, 2009
Case: 08-23506                Form ID: pdf002              Total Served: 13

The following entities were served by first class mail on Mar 01, 2009.
db           +Kathy Koch,   1640 W. Hollywood Ave.,   Chicago, IL 60660-4013
12582143     +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
12885339      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12582144     +Bank Of America,   Pob 17054,   Wilmington, DE 19884-0001
12832156     +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,
               NORCROSS, GA 30091-5155
12830312     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12582145     +Cap One,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
12582146     +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
12582147     +Chrysler Financial,   Po Box 8065,   Royal Oak, MI 48068-8065
12582148     +Citi Corp Credit Services,   Attn: Centralized Bankruptcy,   Po Box 20507,
               Kansas City, MO 64195-0507
13055904      FIA CARD SERVICES, NA/BANK OF AMERICA,   by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK   73124-8809
12582149     +First National Bank Credit Card Center,   Attention:  Bankruptcy Department,
               Po Box 3331 Stop Code 3105,   Omaha, NE 68103-0331
13034524     +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12582142*    +Kathy Koch,   1640 W. Hollywood Ave.,   Chicago, IL 60660-4013
                                                                                                 TOTALS: 0, * 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2009**              **Signature:** _Joseph Speetjens_