**UNITED STATES BANKRUPTCY COURT**
**_____ DISTRICT OF _____**

In re: § Case No.
§
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

_____, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:_____ Assets Exempt:_____

Total Distributions to Claimants:_____ Claims Discharged
                                                                            Without Payment: _____

Total Expenses of Administration:_____

    3) Total gross receipts of _____ (see **Exhibit 1)**, minus funds paid to the debtor and third parties of _____ (see **Exhibit 2** ), yielded net receipts of _____ from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | _____ | _____ | _____ | _____ |
| PRIORITY CLAIMS:<br>  CHAPTER 7 ADMIN. FEES<br>  AND CHARGES<br>  (from **Exhibit 4**) | _____ | _____ | _____ | _____ |
| PRIOR CHAPTER<br>  ADMIN. FEES AND<br>  CHARGES (from **Exhibit 5**) | _____ | _____ | _____ | _____ |
| PRIORITY UNSECURED<br>  CLAIMS (from **Exhibit 6**) | _____ | _____ | _____ | _____ |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | _____ | _____ | _____ | _____ |
| **TOTAL DISBURSEMENTS** | _____ | _____ | _____ | _____ |

*Do Not File With Court* (watermark)

  4) This case was originally filed under chapter ___ on _____ [ *if applicable,* and it was converted to chapter 7 on _____ ]. The case was pending for _____ months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| Click Add button to add additional gross receipts. | | |
| **TOTAL GROSS RECEIPTS** | | |
| The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes. | | |

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| Click Add button to add additional payees. | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

*Do Not File With Court*

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| Click Add button to add additional secured claims. | | | | | |
| **TOTAL SECURED CLAIMS** | | | | | |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| Click Add button to add additional Ch7 fees and charges. | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | | | |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| Click Add button to add prior chapter fees and charges. | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | | | | |

*Do Not File With Court*

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| Click Add button to add priority unsecured claims. | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | | |

UST Form 101-7-TDR (4/1/2009)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| Click Add button to add unsecured claims. |  |  |  |  |  |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  |  |  |  |

Do Not File With Court

This page is a reminder to submit Exhibit 8 (Form 1) and Exhibit 9 (Form 2) when you submit the Chapter 7 Trustee's Final Account and Distribution Report, Certification that the Estate has been Fully Administered and Application to be Discharged (TDR) to the United States Trustee for review. These Exhibits must be submitted in PDF.

UST Form 101-7-TDR (4/1/2009)